IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER CATES, M.D., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | FILE NO. 1:18-cv-543-TCB |
| ) | |
| RELIANCE STANDARD ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SETTLEMENT**

Now come plaintiff Christopher Cates, M.D., and defendant Reliance Standard Life Insurance Company and hereby notify the Court that they have reached agreement to resolve plaintiff's claim for attorneys' fees in light of the Court's order entered on July 2, 2019.  The parties will submit a proposed final judgment awarding past-due benefits, interest and attorney's fees to plaintiff and will request that the Court entered it in the record.  Defendant has agreed not to appeal.  The parties have reached agreement regarding the timing of payment following entry of the Court's Order.

This 15th  day of August, 2019.

-2-

| | |
|---|---|
| */s/David M. Atkinson* | */s/ Kenton J .Coppage* |
| _____ | _____ |
| David M. Atkinson | Kenton J. Coppage |
| Georgia Bar No. 026460 | Georgia Bar No. 187190 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| SWIFT CURRIE MCGHEE & HIERS, LLP | FOX ROTHSCHILD LLP |
| 1355 Peachtree Street, N.E. | Regions Plaza, Suite 2300 |
| The Peachtree, Suite 300 | 1180 West Peachtree Street, N.W. |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30309 |
| (404) 874-8800 | (404) 962-1000 – *Telephone* |
| *david.atkinson@swiftcurrie.com* | (404) 962-1200 – *Facsimile* |
| | *kcoppage@foxrothschild.com* |

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing *Notice of Settlement* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This 15th day of August, 2019.

                                                     SWIFT CURRIE MCGHEE & HIERS

                                                    */s/ David M. Atkinson*

                                                    David M. Atkinson
                                                    Georgia Bar No. 026460
                                                    david.atkinson@swiftcurrie.com
                                                    *Attorney for Plaintiff*