IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER CATES, M.D., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | FILE NO. 1:18-cv-543-TCB |
| ) | |
| RELIANCE STANDARD ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

Pursuant to this Court's Order of July 2, 2019 [Doc. 43], and the subsequent submissions by the parties, judgment is hereby entered in favor of plaintiff Christopher Cates, M.D., against defendant Reliance Standard Life Insurance Company in the amount of $295,610.64, consisting of $260,194.64 in past-due benefits and interest, and $35,416 in attorney's fees.

This 26th day of August, 2019.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE